

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALFREDO CARRASCO, | § | No. 08-20-000062-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | County Court At Law No. 3 |
| CITY OF EL PASO AND | § | |
| EL PASO WATER UTILITIES, | | Of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2016-DCV-3774) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2021.


YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)